IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY M. BROWN,

    Petitioner,

v.                                    CASE NO. 4:07-cv-49-MP-AK

FLORIDA PAROLE COMMISSION,
AND WALTER MCNEIL,

    Respondents.

_____/

**ORDER**

As the Court began its review of this matter, it noticed that the present Secretary of the Florida Department of Corrections, Walter McNeil, had not been substituted in place of the past Secretary, James McDonough. This Order merely makes that substitution.

Accordingly, it is **ORDERED**:

That Walter McNeil is hereby **SUBSTITUTED** in place of James McDonough as the proper custodial respondent.

**DONE AND ORDERED** this  *30th*   day of October, 2008.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**