IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY BROWN,

    Petitioner,

v.                                      CASE NO. 4:07-cv-49-MP-AK

WALTER MCNEIL and
FLORIDA PAROL COMMISSION,

    Respondents.

_____/

**ORDER**

This matter is before the Court on Docs. 70, 76, and 79, motions for discovery, and Doc. 87, motion for oral argument. By separate Report and Recommendation entered this day, the Court has recommended that the amended petition for writ of habeas corpus be denied. The Court reviewed the discovery motions as it prepared the R&R and there is nothing in them which would assist Petitioner in his claims. Furthermore, oral argument is not necessary. Therefore, the motions for discovery and oral argument, Docs. 70, 76, 79, and 87, are **DENIED**.

**DONE AND ORDERED** this  *2nd*  day of March, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**