IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY BROWN,

    Petitioner,

v.                                          CASE NO. 4:07-cv-00049-MP-AK

WALTER McNEIL and
FLORIDA PAROL COMMISSION,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 91, Petitioner's motion for an extension of time to file an objection to the Magistrate's Report and Recommendation (Doc. 90). Petitioner, who is a prisoner proceeding *pro se*, represents that the inmate law clerk who had been assisting Petitioner has been transferred to another institution. He requests an additional 15 days to obtain substitute assistance and file his objection. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion for Extension of Time, Doc. 91, is GRANTED. Petitioner has until Wednesday, April 8, 2009, to file his objection by delivering it to prison officials for mailing. If Petitioner files an objection, the Government may file a response within 10 days after the Clerk files the objection on the docket.

**DONE AND ORDERED** this   *23rd* day of March, 2009

                              *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge